Ryan Dark WHITE, Name, as Attorney-In-Fact and representing the whole Class of Plaintiffs, Plaintiff-Appellant,

v.

UNITED STATES of America; Attorney General Ashcroft; Attorney General Gonzalez; Attorney General Holder; Attorney General Lynch; Attorney General Sessions; Rod Rosenstein; Donna Hansen, Warden; Larry Hogan, Governor of the State of Maryland; Martin O'Malley, Governor of the State of Maryland; Unnamed Defendants, 1-200, Defendants-Appellees.

No. 17-6750

United States Court of Appeals, Fourth Circuit.

Submitted: November 20, 2017

Decided: December 7, 2017

Ryan Dark White, Appellant Pro Se.

Before DIAZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Dark White appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no

reversible error. Accordingly, we affirm for the reasons stated by the district court. *See White v. United States*, No. 1:17-cv-01355-JKB, 2017 WL 2418251 (D. Md. June 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*